IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Michael S. Smith, | ) | Case No. 4:05-1089-PMD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Jo Anne Barnhart, Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

This matter is before the court upon application of the plaintiff for attorney's fees under the Equal Access to Justice Act, Title 28 U.S.C. Section 2412(d). Defendant has not filed a response to the petition for fees and has asserted no objection to plaintiff receiving the amount of $2,795.63 in attorney's fees under EAJA.. Now therefore upon good cause shown,

**IT IS HEREWITH ORDERED** that plaintiff shall receive the sum of $2,795.63 in attorney's fees.

**AND IT IS SO ORDERED**.

PATRICK MICHAEL DUFFY
United States District Judge

October 12, 2006
Charleston, South Carolina